# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH FETSURKA;** | : | |
| **TIMOTHY SIECK,** and, | : | |
| **FIREARMS POLICY** | : | |
| **COALITION, INC.,** | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | Case No. – 2:20-cv-05857 |
| | : | |
| **DANIELLE OUTLAW,** | : | |
| Philadelphia Police Commissioner; | : | |
| **CITY OF PHILADELPHIA,** | : | |
| **PENNSYLVANIA;** and, | : | |
| **COLONEL ROBERT** | : | |
| **EVANCHICK,** | : | |
| Commissioner of Pennsylvania | : | |
| State Police, | : | |
| Defendants | : | |

## PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 7 and 65, Plaintiffs Keith Fetsurka, Timothy Sieck, and Firearms Policy Coalition, Inc., hereby move for a temporary restraining order and preliminary injunction.

This action was filed late in the evening on Friday, November 20, 2020. On the following morning, the undersigned send a copy of the complaint to counsel for

Defendant Colonel Robert Evanchick and Defendants Commissioner Danielle Outlaw and City of Philadelphia (the "Philadelphia Defendants").

Yesterday and this morning, the undersigned sent messages to counsel for defendants notifying them that Plaintiffs would be filing this motion today.

Counsel for the Philadelphia Defendants indicated to the undersigned that they plan to file an opposition to this motion.

The undersigned has confirmed with counsel for Defendant Colonel Robert Evanchick that they oppose this motion.

Respectfully Submitted,

/s/ Adam Kraut
Adam Kraut, Esq.
Attorney Id. No. 318482
FIREARMS POLICY COALITION
1215 K Street, 17th Floor
Sacramento, CA 95814
(916) 476-2342
akraut@fpclaw.org

Attorney for the Plaintiffs