# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KEITH FETSURKA;** | : | |
| **TIMOTHY SIECK,** and, | : | |
| **FIREARMS POLICY** | : | |
| **COALITION, INC.,** | : | |
| Plaintiffs | : | |
| | : | |
| **v.** | : | Case No. – 2:20-cv-05857 |
| | : | |
| **DANIELLE OUTLAW,** | : | |
| Philadelphia Police Commissioner; | : | |
| **CITY OF PHILADELPHIA,** | : | |
| **PENNSYLVANIA;** and, | : | |
| **COLONEL ROBERT** | : | |
| **EVANCHICK,** | : | |
| Commistrioner of Pennsylvania | : | |
| State Police, | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of November, 2020, I electronically filed Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, Brief in Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction along with its corresponding attachments, Proposed Order, and Order to Show Cause with the clerk of the court by using the EM/ECF system. As Defendants have not yet entered an appearance, I have emailed copies of the foregoing documents to:

Danielle Outlaw and City of Philadelphia Defendants
Diana.Cortes@Phila.gov
City_Closure_Complaints@Phila.gov
Anne.Taylor@Phila.gov
Shannon.Zabel@Phila.gov

Colonel Robert Evanchick
kromano@attorneygeneral.gov

                                      Respectfully Submitted,

                                      /s/ Adam Kraut
                                      Adam Kraut
                                      Attorney Id. No. 318482
                                      FIREARMS POLICY COALITION
                                      1215 K Street, 17th Floor
                                      Sacramento, CA 95814
                                      (916) 476-2342
                                      akraut@fpclaw.org