# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH FETSURKA, et al.** | **CIVIL ACTION** |
| **v.** | **NO. 20-5857** |
| **DANIELLE OUTLAW,** *Philadelphia Police Commissioner,* **et al.** | **DATE OF NOTICE:** November 23, 2020 |

## NOTICE

Please be advised that a recorded **TELEPHONE CONFERENCE** re Motion for Temporary Restraining Order and Preliminary Injunction (ECF 8) will be held on **Monday, November 23, 2020 at 3:00 p.m.**, with the Honorable Michael M. Baylson. Dial in information is as follows:

    **Dial in:  (571) 353-2300**

    **Code:  293786880#**

    s/ Lori K. DiSanti
    _____
    Lori K. DiSanti
    Deputy Clerk to Judge Baylson
    267-299-7520

O:\CIVIL 20\20-5857 Fetsurka v Outlaw\20cv5857 notice for call 11232020.doc