IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH FETSURKA, et al | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 20-5857 |
| | : | |
| DANIELLE OUTLAW, et al | : | |
| Defendant | : | |

**NOTICE**

To:   Counsel of Record

TAKE NOTICE that a **Telephone Conference re: status** is scheduled in the above-captioned matters with Magistrate Judge David R. Strawbridge for **Tuesday, December 8, 2020 at 12:00 p.m.** The Court will contact counsel with instruction to connect to the call.

　　　　　　　　　　　　　　　　　　　　　　/s/ Danielle Puchon
　　　　　　　　　　　　　　　　　　　　Danielle Puchon
　　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　　　267-299-7790 - phone

Date:   December 7, 2020

-Notice filed via ECF