IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH FETSURKA, TIMOTHY SIECK,** and **FIREARMS POLICY COALITION, INC.**<br><br>v.<br><br>**DANIELLE OUTLAW,** *Philadelphia Police Commissioner,* **CITY OF PHILADELPHIA, PENNSYLVANIA,** and **COLONEL ROBERT EVANCHICK,** *Commissioner of Pennsylvania State Police* | **CIVIL ACTION**<br><br>**NO. 20-5857** |

## ORDER

AND NOW this 8th day of January, 2021, the Motion for Continuance of Hearing (ECF 40) is GRANTED in part. The Court will have a recorded status teleconference at the same date and time (January 12, 2021 at 11:00 a.m.) with counsel regarding this matter. Counsel shall use the following conference bridge call information to join the call:

Dial: (571) 353-2300

Code: 293786880#

**BY THIS COURT:**

s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 20\20-5857 Fetsurka v Outlaw\20cv5857 Order re mot to continue hrg 01082021.docx