IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| KEITH FETSURKA, TIMOTHY SIECK, and FIREARMS POLICY COALITION, INC.<br><br>v.<br><br>DANIELLE OUTLAW, *Philadelphia Police Commissioner,* CITY OF PHILADELPHIA, PENNSYLVANIA, and COLONEL ROBERT EVANCHICK, *Commissioner of Pennsylvania State Police* | CIVIL ACTION<br><br>NO. 20-5857 |
|---|---|

**ORDER**

AND NOW this `1th day of January, 2021, the Motion for Extension of Time to File Response/Reply to Defendants' Motion to Dismiss (ECF 41) is hereby DENIED as MOOT.

**BY THIS COURT:**

**s/ Michael M. Baylson**

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 20\20-5857 Fetsurka v Outlaw\20cv5857 Order Moot Ext of Time 01122021.docx