IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH FETSURKA,** et al., | : |
| Plaintiffs | : |
| v. | : Case No. - 2:20-cv-05857 |
| **DANIELLE OUTLAW,** et al., | : |
| Defendants | : |

## NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

**COME NOW** Plaintiffs Keith Fetsurka, Timothy Sieck, Nicolas Defina, Andrew Scott, and Firearms Policy Coalition, Inc., by and through counsel, and hereby withdraw, without prejudice, their Motion for Preliminary Injunction.

Dated: January 18, 2021

Respectfully submitted,

Attorneys for Plaintiffs

/s/ Adam Kraut
Adam Kraut
Attorney Id. no. 318482
Firearms Policy Coalition
1215 K Street, 17th Floor
Sacramento, CA 95814
P: (916) 476-2342
E: akraut@fpclaw.org