IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH FETSURKA, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| | : | |
| v. | : | NO. 20-5857 |
| | : | |
| DANIELLE OUTLAW, et al. | : | |
| Defendants | : | |

**ORDER**

AND NOW, this 22nd day of February 2021, following upon multiple *ex parte* conferences with the parties, it is hereby **ORDERED** that counsel for the parties shall appear for a settlement conference to be held via video on **Wednesday, March 3, 2021 at 10:30 A.M.** The Court will contact counsel with information for joining the videoconference.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
David R. Strawbridge
United States Magistrate Judge