IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITH FETSURKA, et al., | : | |
| Plaintiffs | : | |
| v. | : | Case No. – 2:20-cv-05857 |
| | : | |
| DANIELLE OUTLAW, et al., | : | |
| | : | |
| Defendants | : | |

**Affidavit of Authority of Counsel to Accept Offer of Judgment**

I, Raymond M. DiGuiseppe, attest under the penalties of perjury, as follows:

1. I am an attorney for the Plaintiffs in this action.

2. I am duly authorized by the Plaintiffs in this action, Keith Fetsurka, Timothy Sieck, Nicolas Defina, Andrew Scott, and Firearms Policy Coalition, Inc., to accept the Offer of Judgment by Defendants Danielle Outlaw and the City of Philadelphia, attached to this motion as Exhibit A, and I have done so in the exercise of such authority.

Respectfully Submitted,

*/s/ Raymond M. DiGuiseppe*
Raymond M. DiGuiseppe
*Admission by Pro Hace Vice*
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
*Counsel for Plaintiffs*