# EXHIBIT B – Notice of Acceptance



# THE DIGUISEPPE LAW FIRM, P.C.

Office Address: 4320 Southport-Supply Road, Suite 300, Southport, NC 28461
Mailing Address: P.O. Box 10790, Southport, North Carolina 28461
(tel.) 910-713-8804 / (fax) 910-672-7705 / (email) law.rmd@gmail.com
*Principal Attorney Raymond DiGuiseppe is licensed to practice in CA, D.C., N.C., and N.Y.*

March 26, 2021

**Via Email to Kristin.Bray@phila.gov**

Kristin K. Bray
Chief Deputy City Solicitor
Pa. Attorney ID No. 200737
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
*Counsel for Defendants Danielle Outlaw and City of Philadelphia*

### ***Fetsurka, et al. v. Danielle Outlaw, et al.***, Civil Action No. 20-5857
**Notice of Acceptance of Offer of Judgment Under FRCP Rule 68**

Plaintiffs, Keith Fetsurka, Timothy Sieck, Nicolas Defina, Andrew Scott, and Firearms Policy Coalition, Inc., by and through counsel, hereby notify Defendants Danielle Outlaw and City of Philadelphia of Plaintiffs' acceptance of Defendants' Offer of Judgment dated March 25, 2021, for entry of judgment against Defendants Danielle Outlaw and City of Philadelphia in the amount of $30,000.00 for all claims for damages, costs, attorneys' fees and interest accrued to date and an injunctive order imposing the terms specified in Defendants' Offer of Judgment.

Sincerely,

*Raymond M. DiGuiseppe*

Raymond M. DiGuiseppe
*Admission by Pro Hace Vice*
The DiGuiseppe Law Firm, P.C.
4320 Southport-Supply Road, Suite 300
Southport, NC 28461
*Counsel for Plaintiffs*