# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH FETSURKA, et al.,  :<br>　　　　　　Plaintiffs  :<br>v.  :<br>　　　　　　　　　　　　　　:<br>DANIELLE OUTLAW, et al.,  :<br>　　　　　　　　　　　　　　:<br>　　　　　　Defendants  : | Case No. – 2:20-cv-05857 |

## ORDER OF JUDGMENT

Defendants Danielle Outlaw and City of Philadelphia submitted to all Plaintiffs on March 25, 2021, the Offer of Judgment pursuant to FRCP Rule 68 attached as Exhibit A to Plaintiffs' Motion for Entry of Judgment Pursuant to Offer of Judgment, offering judgment against Defendants Danielle Outlaw and the City of Philadelphia in the amount of $30,000.00 for all claims for damages, costs, attorneys' fees and interest accrued to date and an injunctive order imposing the terms specified in Defendants' Offer of Judgment. Plaintiffs duly accepted the Offer of Judgment the same day as reflected in Exhibit B. The Offer of Judgment and Notice of Acceptance, together with proof of service, having been duly filed, **IT IS ORDERED** that judgment is entered against Defendants Danielle Outlaw and the City of Philadelphia in accordance with the terms of the Offer of Judgment.

　　　　　　　　　　　　　　　　　　　s/ Michael M. Baylson    DATE: 4/22/2021

　　　　　　　　　　　　　　　　　　　Honorable Judge Michael Baylson