IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH FETSURKA, et al.** : | |
| Plaintiffs : | |
| v. : | Case No. – 2:20-cv-05857 |
| **DANIELLE OUTLAW, et al.** : | |
| Defendants : | |

**JOINT STIPULATION AND ORDER FOR DISMISSAL**

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, following the Plaintiffs' acceptance of Defendant Danielle Outlaw and City of Philadelphia, Pennsylvania's Rule 68 Offer of Judgment and this Court's entry of said judgment, to the dismissal of this action against Defendant Colonel Robert Evanchick.

Dated: April 26, 2021

/s/ Adam Kraut
Adam Kraut
Attorney Id. No. 318482
FIREARMS POLICY COALITION
1215 K Street, 17th Floor
Sacramento, CA 95814
P: (916) 476-2342
E: akraut@fpclaw.org

/s/ Stephen R. Kovatis
Stephen R. Kovatis
Attorney Id. No. 209495
COMMONWEALTH OF PENNSYLVANIA
OFFICE OF THE ATTORNEY GENERAL
The Phoenix Building
1600 Arch St., 3rd Floor
Philadelphia, PA 19103
Telephone: (215) 560-2940
skovatis@attorneygeneral.gov

<u>/s/ Kristin K. Bray</u>
Kristin K. Bray, Esq.
Chief Deputy City Solicitor, Code &
Public Nuisance Litigation
PA Bar No. 200737
(215) 683-5408 / <u>kristin.bray@phila.gov</u>
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19103-1595