IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEITH FETSURKA, et al.** : | |
| : | |
| Plaintiffs : | |
| : | |
| v. : | Case No. – 2:20-cv-05857 |
| : | |
| **DANIELLE OUTLAW, et al.** : | |
| : | |
| Defendants : | |

**ORDER**

Plaintiffs and Defendants in the above captioned matter have submitted a stipulation to dismiss Defendant Evanchick pursuant to FRCP 41(a)(1)(A)(ii) in light of this Court's entry of judgment pursuant to FRCP 68 against Defendants Outlaw and City of Philadelphia. The stipulation is approved. **IT IS ORDERED** that Plaintiffs' claims against Defendant Evanchick are hereby **DISMISSED** without prejudice.

Dated: April  28 , 2021

/s/ MICHAEL M. BAYLSON
_____
Honorable Judge Michael Baylson